## United States District Court for the Northern District of Illinois

Case Number: 08CV1433                    Assigned/Issued By: J. N.

Judge Name: ANDERSEN              Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP           [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 2602686

Date Payment Rec'd: 3-11-08                   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

1  Original and  0  copies on  3-11-08  as to  DEFENDANT
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05