AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE BRICKLAYERS AND
ALLIED CRAFTSMEN LOCAL 74 FRINGE
BENEFIT FUNDS,

Plaintiffs,

V.

THORN ENTERPRISES II, INC., a dissolved
Illinois corporation,

Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1433**

DESIGNATED **JUDGE ANDERSEN**
MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Thorn Enterprises II, Inc.
c/o its Registered Agent, Stephen J. Dine
3055 West 111th Street, Suite 2N
Chicago, IL 60655

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_(signature)_

(BY) DEPUTY CLERK

March 11, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** MARCH 19, 2008 AT 4:30 P.M. |
| NAME OF SERVER (PRINT) SCOTT POCIUS | **TITLE** INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): THORN ENTERPRISES II, INC C/O ITS REGISTERED AGENT - STEPHEN J. DINE WITH PERSONAL SERVICE TO JEAN MCKEE - OFFICE MANAGER + PARA LEGAL AT HIS LAW OFFICE - 3055 W. 111st STREET, SUITE #2N, CHICAGO, IL 60655. SHE CAN BE DESCRIBED AS A F/W, 60 YEARS OF AGE, GLASSES, WHITE HAIR, SHE WAS AUTHORIZED TO ACCEPT SERVICE.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/19/08
_____
Date

_____
Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.