IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>THORN ENTERPRISES II, INC., a dissolved Illinois corporation,<br><br>Defendant. | ) ) ) ) ) No. 08 C 1433 ) ) Judge Andersen ) ) ) Magistrate Judge Keys ) ) ) ) |

## NOTICE OF MOTION

TO:   Thorn Enterprises II, Inc.
      c/o its Registered Agent, Stephen J. Dine
      3055 West 111th Street, Suite 2N
      Chicago, IL 60655

**PLEASE TAKE NOTICE** that on **May 1, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Andersen, Room 1403** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                    TRUSTEES OF THE BRICKLAYERS AND
                                    ALLIED CRAFTSMEN LOCAL 74 FRINGE
                                    BENEFIT FUNDS

                                    By: s/ Donald D. Schwartz
                                        Counsel for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

**PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 24th day of April 2008, at or before the hour of 5:00 p.m.

Thorn Enterprises II, Inc.
c/o its Registered Agent, Stephen J. Dine
3055 West 111th Street, Suite 2N
Chicago, IL 60655

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: April 24, 2008