# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1433 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Trustees of the Bricklayers et al vs. Thorn Enterprises II, Inc. | | |

**DOCKET ENTRY TEXT**

Enter judgment order. It is hereby ordered that judgment in the amount of $4,301.34 is entered in favor of plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the defendant, Thorn Enterprises II, Inc.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: TSA