IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>THORN ENTERPRISES II, INC., a dissolved Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>) No. 08 C 1433<br>)<br>) Judge Andersen<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>)<br>) |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED:**

1. Judgment in the amount of $4,301.34 is entered in favor of Plaintiffs, Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds, and against the Defendant, THORN ENTEPRISES II, INC.

2. This is a final and appealable order.

DATED: May 5, 2008

ENTER: _____
HONORABLE JUDGE ANDERSEN

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415