# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08C1433        Assigned/Issued By: NF

Judge Name: _____        Designated Magistrate Judge: _____

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

## ISSUANCES

☐ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☒ Citation to Discover Assets       (Victim, Against and $ Amount)

☐ Writ _____               ☐ Other
   (Type of Writ)                      _____
                                       (Type of issuance)

1 Original and 1 copies on 7/14/8 as to John Thorn
                           (Date)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> THORN ENTERPRISES II, INC., a dissolved Illinois corporation, <br><br> Defendant. | ) ) ) ) ) No. 08 C 1433 ) ) Judge Andersen ) ) ) Magistrate Judge Keys ) ) ) ) ) |

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### CITATION NOTICE

Judgment Debtor's
Last known Address:

Judgment Creditor/
Creditor's Attorney:

Name: THORN ENTERPRISES II, INC.   ARNOLD and KADJAN
Address: 1502 Creekside Circle   19 W. Jackson Blvd., Suite 300
City: Minooka, Illinois 60447   Chicago, Illinois 60604
Phone: 815-467-6031   312-236-0415

Judgment was entered against Defendant, **THORN ENTERPRISES II, INC.**, for Plaintiffs, TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS on May 5, 2008, in the principal amount of **$4,301.34**. Of that amount, **$4,301.34** for TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 74 FRINGE BENEFIT FUNDS a labor organization remains unpaid.

Name of person receiving Citation: Mr. John Thorn, Thorn Enterprises II, Inc., 1502 Creekside Circle, Minooka, IL 60447.

**NOTICE:** The court has issued a Citation against the persons named above. The Citation directs that person to appear before the **Honorable Judge Andersen on July 31, 2008 at 9:00 a.m., Room 1403** to be examined for the purpose of allowing the Judgment Creditor to discover income and assets belonging to the Judgment Debtor or in which the Judgment Debtor has an interest. The Citation was issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditor in the amount stated above. On or after the court date shown above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR

4

WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the Debtor include the Debtor's equity interest, not to exceed $2,000.00 in value, in any personal property as chosen by the Debtor;

(2) Social Security and SSI benefits;

(3) Public assistance benefits;

(4) Unemployment compensation benefits;

(5) Worker's compensation benefits;

(6) Veteran's benefits;

(7) Circuit breaker property tax relief benefits;

(8) The Debtor's equity interest not to exceed $750.00 in value, in any implements professional books, or tools of the trade of the Debtor.

(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500.00, which homestead is exempt from judgment;

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount of which disposable earnings for a week exceed to total of 45 times the federal minimum hourly wages;

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage;

(12) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The Judgment Debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The Judgment Debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the office of the Clerk of the U.S. District Court, 20th Floor, 219 S. Dearborn Street, Chicago, Illinois. When so notified, the Clerk of the U.S. District Court will provide a hearing date and the necessary forms that must be prepared by the Judgment Debtor or the Judgment Debtor's attorney and sent to the Judgment Creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

Mailed to above judgment debtor:

Dated: _____, 2008

Process Server

_____

6