UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS LOCAL 74, et al

v.

THORN ENTERPRISES II, INC
+ JOHN THORN

Case # 08 C 1433

### AFFIDAVIT OF SPECIAL PROCESS SERVER

SCOTT POCIUS, an investigator with The Argus Agency, Inc., a licensed Illinois detective agency (license # 117-000215) located at 1480 Renaissance Drive, Ste. 208, Park Ridge, IL 60068, hereby states as follows:

1. That he served the within Citation to Discover Assets on the within named

   JOHN THORN
   THORN ENTERPRISES II, INC
   ON AUGUST 6, 2008

2. a) That the sex, race and approximate age of the person with whom he left the Citation to Discover Assets are as follows:
   sex M  race W  approximate age 50  other SHORT BLONDE HAIR BLONDE FACIAL HAIR

   b) That the place where and the date and time of the day when the Citation to Discover Assets left with the person were as follows:
   place: PERSONAL RESIDENCE - 1502 CREEKSIDE CIRCLE, MINOOKA, IL
   date: AUGUST 6, 2008    time of day: 8:45 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_Scott Pocius_
Special Process Server