UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local 74 Fringe Benefit Funds
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−01433
                                    Honorable Wayne R. Andersen

Thorn Enterprises II, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

MINUTE entry before the Honorable Wayne R. Andersen:Status hearing held on 9/4/2008 regarding citation to discover assets. Rule to show cause returnable 10/2/2008 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.